UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Monica O'Donovan | : | |
| | : | |
| vs. | : | C.A. No. 405-204T |
| | : | |
| Affiliated Corporate Services, Inc., | : | |
| Lloyd Ward and Lloyd Ward, P.C. | : | |
| Defendants | : | |

**MOTION TO WITHDRAW**

Now comes Bruce W. Gladstone of the law firm of Cameron & Mittleman LLP, 56 Exchange Terrace, Providence, Rhode Island 02903, and pursuant to Local Rule of the U.S. District Court 6 (d), hereby moves this Honorable Court for leave to withdraw as counsel for Defendants, Affiliated Corporate Services, Inc., in the above-entitled action. In support thereof, an Affidavit of Non-Military Service and of Last Known Address is attached hereto as Exhibit A. In further support of this Motion your movant states as follows:

1. There has been and remains a complete breakdown of communication between Bruce W. Gladstone, Esquire and the named Defendants in this matter.

2. One of the Defendants, Lloyd Ward, Esquire, is an attorney, who upon information and belief is a member of the State Bar of Texas, licensed to practice law in that State.

3. This matter does arise out of certain disputes between the Plaintiff and the Defendants concerning the Plaintiff being a named party to certain litigation pending in the United States District Court for the Eastern District of Texas, Sherman Division, in which the Defendant in the matter at bar, Lloyd E. Ward, Esquire represents the Plaintiff.

4. The Defendants are failing to reasonably communicate with the movant, Attorney Gladstone, and in fact have not responded to written communications to which a response is

required by Attorney Gladstone on two occasions, and responses continue to be required.

5. Based on this breakdown in communication and a disagreement between Attorney Gladstone and the Defendants as to business matters related to this litigation, Attorney Gladstone cannot continue to represent the Defendants in this matter.

6. Attorney Gladstone has advised the Defendant, Lloyd Ward in his individual capacity and in his capacity as the attorney for his co-Defendants that this Motion to Withdraw was being filed and no response was received.

Bruce W. Gladstone (#2643)
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, Rhode Island 02903
Tel: (401) 331-5700
Fax: (401) 331-5787

Date: July 22, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of July, 2005, a true copy of the within Motion to Withdraw served by first class mail, postage prepaid, and certified mail return receipt requested, upon Kevin A. McKenna, Esq., McKenna Law Offices, 23 Acorn Street, Providence, RI 02903, and Lloyd E. Ward, Esquire, Lloyd E. Ward, P.C., 5644 LBJ Freeway, Suite 201, Dallas, TX 75204, in his individual capacity and as Attorney for Affiliated Corporate Services, Inc.

Bruce W. Gladstone, Esq.

G:\nbd\Affiliated Services\motiontowithdraw_.DOC