UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Monica O'Donovan | : | |
| | : | |
| vs. | : | C.A. No. 405-204T |
| | : | |
| Affiliated Corporate Services, Inc., | : | |
| Lloyd Ward and Lloyd Ward, P.C. | : | |
| Defendants | : | |

**AFFIDAVIT OF NON-MILITARY SERVICE AND OF LAST KNOWN ADDRESS**

Bruce W. Gladstone, being duly sworn, deposes and says:

1. I am an attorney duly admitted to practice law in the State of Rhode Island and am a partner in the law firm of Cameron & Mittleman LLP, 56 Exchange Terrace, Providence, Rhode Island, attorneys of record for the Defendants, Affiliated Corporate Services, Inc., Lloyd Ward and Lloyd Ward, P.C.

2. The Defendants, Affiliated Corporate Services, Inc., Lloyd Ward and Lloyd Ward, P.C., are not now nor were they at the time of the commencement of this action members of the armed forces of the United States as same is defined in the Soldiers' and Sailors' Relief Act of 1940.

3. The last know address of Defendants is Lloyd Ward, Esquire, and Lloyd Ward, P.C., 5644 LBJ Freeway, Suite 201, Dallas, TX 75240.

Bruce W. Gladstone

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

In said County and State on July 22, 2005, before me personally appeared Bruce W. Gladstone, to me known and known by me to be the person executing the foregoing instrument, and he acknowledged said instrument by him so executed to be his free act and deed.

Notary Public
LISA J. GIACCHI, Notary Public
My Commission Expires 6/27/08

G:\nbd\Affiliated Services\affidavit.DOC