**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re: Monica O'Donovan** | : | **BK No. 02-11261** |
| **Debtor** | : | **Chapter 7** |
| | : | CA 05-204T |
| **Monica O'Donovan** | : | |
| **Plaintiff** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **Affiliated Corporate Services, Inc.,** | : | |
| **Lloyd Ward and Lloyd Ward, P.C.** | : | |
| **Defendants** | : | |

**ENTRY OF APPEARANCE OF RICHARD H. JAMES, ESQUIRE IN ADVERSARY PROCEEDING AS CO-COUNSEL FOR PLAINTIFF**

Now comes Richard H. James, Esquire of the Law Firm of Keven A. McKenna, P.C., 23 Acorn Street, Providence, Rhode Island, 02903, and hereby enters his appearance on behalf of Plaintiff Monica O'Donovan in this adversary proceeding.

Richard H James

Richard H. James, Esq., #4874
Keven A. McKenna, P.C.
23 Acorn Street
Providence, RI 02903
Telephone 401-273-8200
August 4, 2005