UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MONICA O'DONOVAN | ) Case No.: CA No. 05-204T |
| VS. | ) |
| AFFILIATED CORPORATE SERVICES, INC., | ) ENTRY OF APPEARANCE |
| LLOYD E. WARD & LLOYD WARD, P.C. , | ) |
| Respondent | ) |

I hereby enter my appearance for the defendants.

Dated this 9th day of August, 2005

ONE FINANCIAL PLAZA
SUITE 1500
PROVIDENCE, RI 02903
401-861-9042
FAX:401-861-0330
GEORGE J. WEST, ESQ.

I hereby withdraw my appearance for the defendants.

Dated this 9th day of August, 2005.

Bruce Gladstone, Esq.
Cameron and Mittleman
56 Exchange Terrace
Providence, RI 02903