Exhibit 4

Form B18(Official Form 18)
(9/97)

# UNITED STATES BANKRUPTCY COURT
District of Rhode Island

In Re:
Monica O'Donovan

Case Number: 02 - 11261

Chapter: 7

Debtor

FILED JUL 09 '02 14:11 USBCRI

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**Dated: 07/05/02**

**BY THE COURT**

Arthur N. Votolato
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Document No: 8-1

BAE SYSTEMS
11400 Commerce Park Drive
Suite 600
Reston, Virginia 22091-1506

# CERTIFICATE OF SERVICE

District/off: 0103-1 User: mtorres Page 1 of 2 Date Rcvd: Jul 05, 2002
Case: 02-11261 Form ID: 227 Total Served: 105

The following entities were served by first class mail on Jul 07, 2002.

| | |
|---|---|
| db | O'Donovan, Monica, PO Box 529, Albion, RI 02802 |
| aty | McKenna, Keven A., McKenna Law Offices, 23 Acorn Street, Providence, RI 02903 |
| tr | Pisaturo, Charles A. Jr., Law Offices of Charles A. Pisaturo Jr., Old Colony House, 58 Weybosset Street Suite 400, Providence, RI 02903-2817 |
| ust | Office U.S. Trustee, Room 910, 10 Dorrance Street, Providence, RI 02903 |
| intp | Taxation - State of RI, Marcia McGair Ippolito, One Capitol Hill, Providence, RI 02908 |
| ust | US Trustee, Room 915, 10 Dorrance Street, Providence, RI 02903 |
| 915409 | 20/20 Financial Consulting Inc., 1208 Commerce Court, Lafayette, CO 80026 |
| 915410 | A.I. Credit Corp., 160 Water Street, New York, NY 10038 |
| 915418 | AT&T Capital Leasing Services, 550 Cochituate Road, Framingham, MA 01701 |
| 915411 | Abbott Rental & Sales, Inc., 133 Southhampton Street, Boston, MA 02118 |
| 915412 | Active Auto Supply Of Peabody, NAPA Auto Parts, 245 Newbury Street, Peabody, MA 01960 |
| 915413 | Active Capital Corp, 600 Old Country Road, Garden City, NY 11530 |
| 915414 | Affiliated Corporate Services, 2655 Villa Creek Drive, Suite 285, Dallas, TX 75234 |
| 915415 | American International Recovery, Inc., C/O VIrginia Waters,Esq., 10000 Midatlantic Drive, 310 West Wing, Mount Laurel, NJ 08054 |
| 915416 | Andrew & Christina Wrobel, C/O Jane Shepard, 340 Main Street, Worcester, MA 01608 |
| 915417 | Associated Gas Products, Inc., 24 Vine Street, Everett, MA 02149 |
| 915495 | Associates Commercial Corp., P.O. Box 168647, Irving, TX 75016 |
| 915419 | Bank Of America, P.O. Box 53132, Phoenix, AZ 85072-3132 |
| 915420 | C.N. Wood Co., Inc., 62 Cambridge Street, Burlington, MA 01803 |
| 915496 | CIT Group, 1540 West Fountain Head Parkway, Tempe, AZ 85282 |
| 915421 | Cetrulio & Capone, LLP, 321 South Main Street, Providence, RI 02903 |
| 915422 | Chase Manhattan Bank, P.O. Box 9074, Hicksville, NY 11802 |
| 915423 | Citibank Preferred, P.O. Box 8103, S.Hackensack, NJ 07606 |
| 915424 | Citicorp Credit Services, 7920 NW 100th Street, Kansas City, MO 64153 |
| 915425 | Colmar Belting Company, 20 West Fifth Street, S. Boston, MA 02127 |
| 915426 | +Colonial Pacific Leasing, 7659 Mohawk Street, Tualitin, OR 97062-9190 |
| 915427 | Commonwealth Of Massachusetts, P.O. Box 7021, Boston, MA 02204 |
| 915428 | Concord Commercial, Division Of HBC, Business Loans, One Marine Midland Ctr, Buffalo, NY 14203 |
| 915429 | Conviber, Inc., P.O. Box 301, Springdale, PA 15144 |
| 915430 | +Copelco Capital, Inc, One Maynard Drive, Park Ridge, NJ 07656-1878 |
| 915431 | Cranston Welding Supply Co., 1425 Park Avenue, Cranston, RI 02920 |
| 915433 | DeSanctis Insurance Agency, Ten Walnut Hill Park, Woburn, MA 01801 |
| 915432 | +Debis Financial Services, Inc., P.O. Box 5425, Suite 700, 201 Merritt Street, Norwalk, CT 06856-5425 |
| 915434 | Dun & Bradstreet, P.O. Box 723002, Atlanta, GA 31139-0002 |
| 924270 | East Rock, Inc., 51 Edwin Road, South Windsor, CT 06074-2400 |
| 915435 | Edward Bertozzi, Esq., One BankBoston Plaza, Providence, RI 02903 |
| 915436 | Equipment Finance Division, HSBC Business Loans, Inc., One HSBC Center, Buffalo, NY 14203 |
| 915437 | Falvey Steel Castings Co., Inc., 38 Crescent Avenue, P.O. Box 850261, South Braintree, MA 02185 |
| 915439 | GE Capital Modular Space, P.O. Box 1075, Southeastern, PA 19398-1075 |
| 915440 | GE Capital Tilden Financial, 190 Motor Parkway, Hauppauge, NY 11788 |
| 915443 | GJ Towing, Inc., 22 Whitin Avenue, Revere, MA 02151 |
| 915441 | +Genalco, Inc., 333 Reservoir Street, Needham, MA 02494-3145 |
| 915442 | Genest Concrete, Wilson Street, P.O. Box 151, Sanford, ME 04073 |
| 915444 | Gulf Insurance Company, C/O COP, Inc., 10055 Sweet Valley Drive, Valley View, OH 44125 |
| 915445 | Holden Oil, Inc., 91 Lynnfield Street, Peabody, MA 01960 |
| 915446 | Ingersol Rand, 300 Turnpike Road, Rte 9, Southboro, MA 01772-1799 |
| 915447 | Insite Software, Inc., 70 Stoney Brook Road, Rush, NY 14543 |
| 915449 | +International Union Of Operating, Engineers, Local 98, Two Center Square, East Longmeadow, MA 01028-2402 |
| 915450 | J.J. Gregory & Sons, 77 Highland Avenue, East Providence, RI 02914-1227 |
| 915451 | K.C. Canary-Clifton Park, Inc., P.O. Box 433, Clifton Park, NY 12065 |
| 915452 | Kevin O'Sullivan, 55 School Street, Albion, RI 02802 |
| 915453 | Kristen Prull Moonan, Esq., McOsker Davignon & Waldman, 420 Angell Street, Providence, RI 02906 |
| 915454 | +LeBaron Foundry, Inc., P.O. Box 746, 114 East Union Street, Brockton, MA 02303-0746 |
| 915455 | Liberty Mutual Group, P.O. Box 7077, Portsmouth, NH 03802-7077 |
| 915456 | Lynda Laing, Esq., Strauss Factor & Lopes, 403 South Main Street, Providence, RI 02903 |
| 915459 | MBO Precast, Inc., 169 Camelot Drive, Plymouth, MA 02360 |
| 915465 | MSN, P.O. Box 280675, East Hartford, CT 06128-0675 |
| 915457 | +Marc Wallick, Esq., Wallick & Paolino, 51 Jefferson Boulevard, Warwick, RI 02888-1002 |
| 915458 | Massachusetts Laborers Benefit Funds, 14 New England Executive Park, Burlington, MA 01803 |
| 915460 | Middlesex Gases & Technologies, 292 Second Street, P.O. Box 1170, Everett, MA 02149 |
| 915461 | Midland Credit Management Of CA, 5775 Roscoe Court, San Diego, CA 92123 |
| 915462 | Mill Steel Company, Inc., 62 Maple Street, Manchester, NH 03103 |
| 915463 | Millikens & Michaels, 3850 N. Causeway Blvd, Metairie, LA 70002 |
| 915464 | Mobilecom, P.O. Box 769200, Dallas, TX 75376 |
| 915466 | +NAS Surety, International Collections, Inc., 300 Park Blvd, Suite 500, Itasca, IL 60143-2635 |
| 915468 | NCO Financial Systems, Inc., 3850 N. Causeway Blvd, Metairie, LA 70002 |
| 915467 | National Action Financial Services, 165 Lawrence Bell Drive, Suite 100, Williamsville, NY 14221 |
| 915469 | New England Drilling Supply Co., P.O. Box 434, Northbrdige, MA 01534 |
| 915470 | New England Pipe, 1 Otter Road, Raymond, NH 03077 |
| 915471 | +New England Telephone, 185 Franklin Street, Boston, MA 02110-1511 |
| 915472 | Newcourt Leasing Corp, One Research Drive, Westboro, MA 01581 |
| 915473 | Nordberg Sales Corp., 3073 S. Chase Avenue, Milwaukee, WI 53207 |
| 915474 | North American Specialty Insurance, 650 Elm Street, Manchester, NH 03101 |
| 915477 | PMF Distrbution, Inc., 800 Montee De Liesse, St. Laurent, QC |
| 915475 | Paul Bogosian, Esq., 32 Custom House Street, Providence, RI 02903 |
| 915476 | Pioneer Explosives & Supply Inc., 174 Haydenville Road, Whakely, MA 01093 |

District/off: 0103-1 User: mtorres Page 2 of 2 Date Rcvd: Jul 05, 2002
Case: 02-11261 Form ID: 227 Total Served: 105

915478 +Quirk Tire & Service, 275 Arsenal Street, Watertown, MA 02472-2777
915479 RI Department Of Labor & Training, 1511 Pontiac Avenue, Cranston, RI 02920-4407
915480 RI Division Of Taxation, One Capitol Hill, Providence, RI 02908
915481 Ritchie Bros. Auctioneers, 821 Weld County Road, Brighton, CO 80601
915482 Robert Walton, Esq., Flamm Boroff & Bacine PC, 925 Harvest Drive, Suite 220, Blue Bell, PA 19422
915483 +Rock Rubber & Supply, 23 Laurel Road, Rocky Hill, CT 06067-3733
915484 Roncone Law Offices, 142 Main Street, Leominister, MA 01453
915485 Ronnies Of Warwick, 2711 Post Road, Warwick, RI 02886
915486 Samuel M. Fleisig, Esq., Fleisig & Gavlick, 355 Thayer Street, Providence, RI 02906
915487 Simplicity Engineering, 28 Hawks Circle, Westfield, MA 01085
915488 Slope Indicator Company, P.O. Box 3015, Bothell, WA 98041
915489 Smithfield Plumbing & Heating Supply, 1 Austin Avenue, Greenville, RI 02828
915490 Southworth Milton, Inc., 100 Quarry Drive, Milford, MA 01757
915491 St. Lawrence Explosives Corp., P.O. Box 230, Adams Ctr, NY 13606-0230
915492 Sterry Street Towing, 16 Scott Street, Attleboro, MA 02703
915493 Superior Machine Company Of, South Carolina, Inc., P.O. Box 1169, Marion Division, Marion, NC 28752
915494 TBF Financial LLC, C/O Marc D. Wallick, Esq., 51 Jefferson Boulevard, Warwick, RI 02888
922931 Transport International Pool Inc, dba GE Capitol Modular Space, Attn Patricia McVey, 426 West Lancaster Ave, Devon PA 19333
915497 Transworld Systems, Inc., 5880 Commerce Blvd., Rohnert Park, CA 94928-1651
915498 U.S. Bancorp, 1055 Westlakes Drive, Berwyn, PA 19312
915499 U.S. Department Of Labor, 66 Hanover Street, Manchester, NH 03101-2230
915500 United States Pipe & Foundry, P.O. Box 98056, Chicago, IL 60693
915501 Valley Auto Parts, 128 Pleasant View Avenue, Smithfield, RI 02917
915502 +Wayside Trans. Corp., 58 Pulaski Industrial Park, Peabody, MA 01960-1892
915503 Whitney & Son, 95 Kelley Avenue, Fitchburg, MA 01420
915504 Winograd, Shine & Zacks, 123 Dyer Street, Providence, RI 02903
915505 Wood Trucking Corp, Lynda Realty Corp., 17 Elmwood Circle, Peabody, MA 01960

The following entities were served by electronic transmission on Jul 05, 2002 and receipt of the transmission was confirmed on:
915419 EDI: BANKAMER.COM Jul 05 2002 23:04:00 Bank Of America, P.O. Box 53132, Phoenix, AZ 85072-3132
915438 EDI: FIRSTUSA.COM Jul 05 2002 23:04:00 First USA Bank, P.O. Box 15153, Wilmington, DE 19886-5153
915448 EDI: IRS.COM Jul 05 2002 23:04:00 Internal Revenue Service, P.O. Box 6867, Providence, RI 02940

TOTAL: 3

***** BYPASSED RECIPIENTS *****

NONE.

TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Date: Jul 07, 2002** **Signature:** Joseph Speetjens

000001