UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Monica O'Donovan<br>Plaintiff | : | |
| vs. | : | C.A. No. 405-204T |
| Affiliated Corporate Services, Inc.<br>Lloyd Ward and<br>Lloyd Ward, P.C.<br>Defendants | : | |

**MOTION TO ENLARGE TIME**
**TO FILE SUPPLEMENTAL MEMORANDUM**

Now comes the defendant and moves that the court will enlarge the time within which defendant may file his supplemental memorandum in this month through October 18, 2005 as defendant requires additional time to receive information from his clients in Texas.

Respectfully submitted,

George J. West, #3052
One Financial Plaza, Suite 1500
Providence, RI 02903
401-861-9042
401-861-0330 fax

CERTIFICATE

I hereby certify that on this 4 day of October 2005, I forwarded a copy of the within Motion to Keven A. McKenna, Esq., Keven A. McKenna, P.C., 23 Acorn Street, Providence, RI 02903.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Monica O'Donovan<br>Plaintiff<br><br>vs.<br><br>Affiliated Corporate Services, Inc.<br>Lloyd Ward and<br>Lloyd Ward, P.C.<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 405-204T |

**MEMORANDUM IN SUPPORT OF DEFENDANT'S REQUEST FOR ENLARGEMENT OF TIME**

Defendant requests additional time as counsel has requested copies of documents relative to where notices were to be sent to defendants by the plaintiffs and the contracts that were made. As yet those have not been received.

In responding to the court's inquiry, the information is important.

Respectfully submitted,

George J. West, #3052
One Financial Plaza, Suite 1500
Providence, RI 02903
401-861-9042
401-861-0330 fax

CERTIFICATE

I hereby certify that on this 4th day of October 2005, I forwarded a copy of the within Memorandum to Keven A. McKenna, Esq., Kevin A. McKenna, P.C., 23 Acorn Street, Providence, RI 02903.

George Jalvin