**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In Re: Monica O'Donovan** | : | **(U.S. Bankruptcy No.: 02-11261)** |
| | : | (Debtor) |
| | : | (Withdrawn From U.S Bankruptcy Court |
| | : | Adversary No. 1:05-: 01020) |

| | | |
|---|---|---|
| **Monica O'Donovan** | : | |
| **Plaintiff** | : | |
| | : | |
| **Vs.** | : | **CA 05-204T** |
| | : | |
| **Affiliated Corporate Services Inc.** | | |
| **Lloyd E. Ward, and** | : | |
| **Lloyd Ward P.C.** | : | |
| **Defendants** | : | |
| | : | |

## PLAINTIFF'S EMERGENCY MOTION FOR A STAY

Now comes Monica O' Donovan, Plaintiff in the above-entitled matter, and files this Emergency Motion For A Stay. Plaintiff files a separate Memorandum In Support of her Motion.

Plaintiff files this Motion as a consequence of a Hearing on Damages in this matter to be held in the U.S. District Court, Eastern District of Texas, Sherman Division. A copy of said Notice is attached hereto and incorporated herein.

The undersigned respectfully asks that an Emergency proceeding or conference be held on this Motion on Tuesday, October 11, 2005 as the Texas

proceeding is scheduled for October 12, 2005 at 1:30 pm. Plaintiff requests an Order that the proceeding in Texas, scheduled for October 12, 2005, be stayed, as well as other possible future proceedings in that Court with respect to matters herein.

Respectfully Submitted.
Plaintiff
Monica O'Donovan
By Her Attorneys

Keven A. McKenna, #662
Keven A. McKenna, P.C.
23 Acorn Street
Providence, R.I. 02903
401 273-8200 Tel
401 521-5820 Fax
KevenM@McKennalaw.cc

**CERTIFICATION**

I hereby certify that on October 7, 2005, I Faxed, and mailed a true and exact copy of the within to Counsel for the Defendants, George J. West, Attorney At Law, 1500 Financial Plaza, Suite 1510, Providence, Rhode Island, 02903 (Fax 401-861-2922), and by Fax and mail to the Office of the U.S. Trustee, Room 910, 10 Dorrance Street, Providence, Rhode Island 02903-2018.

# UNITED STATES DISTRICT COURT
## Eastern District of Texas
### Sherman Division

FILED: 9/30/05
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID J. MALAND, CLERK

**AFFILIATED CORPORATE SERVICES** §
§
V. §
§
**PATRIOT SITE BLASTING, et al** §

**NOTICE IN A CIVIL CASE**

**Docket No: 4:04 CV 204**

XX TAKE NOTICE that a proceeding in this case has been set before **Paul Brown, United States District Judge**, at the following place, date and time:

| Place | Date and Time: |
|---|---|
| United States Courthouse<br>*(Courtroom 208 - 2nd Floor)*<br>101 E. Pecan Street *(Corner of Pecan & Travis St.)*<br>Sherman, Texas 75090<br>(903) 892-2921 | **WEDNESDAY,<br>OCTOBER 12, 2005<br>@ 1:30 PM** |

## HEARING ON DAMAGES

☐ TAKE NOTICE that the proceeding in this case has been continued/rescheduled as indicated below:

| Place: See Above | Date and Time Previously9cheduled | **Rescheduled, Date and Time** |
|---|---|---|
| | | |

**DAVID J. MALAND**
**U.S. Clerk of Court**

September 30, 2005
Date

/s/
Sammie Hedges Courtroom Deputy Clerk

To: Attorneys of Record

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In Re: Monica O'Donovan** | : | **(U.S. Bankruptcy No.: 02-11261)**<br>(Debtor)<br>(Withdrawn From U.S Bankruptcy Court<br>Adversary No. 1:05-: 01020) |

| | | |
|---|---|---|
| **Monica O'Donovan**<br>**Plaintiff** | : | |
| **Vs.** | : | **CA 05-204T** |
| **Affiliated Corporate Services Inc.**<br>**Lloyd E. Ward, and**<br>**Lloyd Ward P.C.**<br>**Defendants** | : | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF HER EMERGENCY MOTION FOR A STAY**

Monica O' Donovan, Plaintiff in the above-entitled matter has filed an Emergency Motion For A Stay.

Plaintiff files this Motion as a consequence of a Hearing on Damages in this matter to be held in the U.S. District Court, Eastern District of Texas, Sherman Division. A copy of said Notice is attached hereto and incorporated herein.

Plaintiff incorporates her prior filed Memoranda with respect to the issue of violation of automatic stay, 11 USC Sections 727, and 524.

Apparently, while Defendant's local Attorney is requesting delay, Defendant's Texas Attorneys are proceeding to assess damages, based on a May 2, 2005 Clerk's Entry of Default.

The undersigned respectfully asks that an Emergency proceeding or conference be held on this Motion on Tuesday, October 11, 2005 as the Texas proceeding is scheduled for October 12, 2005 at 1:30 pm. Plaintiff requests an Order that the proceeding in Texas, scheduled for October 12, 2005 be stayed, as well as other possible future proceedings in that Court with respect to matters herein.

Respectfully Submitted.
Plaintiff
Monica O'Donovan
By Her Attorneys

Keven A. McKenna, #662
Keven A. McKenna, P.C.
23 Acorn Street
Providence, R.I. 02903
401 273-8200 Tel
401 521-5820 Fax
KevenM@McKennalaw.cc

**CERTIFICATION**

I hereby certify that on October 7, 2005, I Faxed, and mailed, a true and exact copy of the within to Counsel for the Defendants, George J. West, Attorney At Law, 1500 Financial Plaza, Suite 1510, Providence, Rhode Island, 02903 (Fax 401-861-2922), and by Fax and mail to the Office of the U.S. Trustee, Room 910, 10 Dorrance Street, Providence, Rhode Island 02903-2018.

# UNITED STATES DISTRICT COURT
## Eastern District of Texas
### Sherman Division

FILED: 9/30/05
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID J. MALAND, CLERK

**AFFILIATED CORPORATE SERVICES** §
§
V. §
§
**PATRIOT SITE BLASTING, et al** §

**NOTICE IN A CIVIL CASE**

**Docket No: 4:04 CV 204**

XX TAKE NOTICE that a proceeding in this case has been set before **Paul Brown, United States District Judge**, at the following place, date and time:

| Place | Date and Time: |
|---|---|
| United States Courthouse<br>*(Courtroom 208 - 2nd Floor)*<br>101 E. Pecan Street *(Corner of Pecan & Travis St.)*<br>Sherman, Texas 75090<br>(903) 892-2921 | **WEDNESDAY,<br>OCTOBER 12, 2005<br>@ 1:30 PM** |

## HEARING ON DAMAGES

☐ TAKE NOTICE that the proceeding in this case has been continued/rescheduled as indicated below:

| Place: See Above | Date and Time Previously9cheduled | **Rescheduled,** Date and Time |
|---|---|---|
| | | |

**DAVID J. MALAND**
**U.S. Clerk of Court**

September 30, 2005
Date

/s/
Sammie Hedges Courtroom Deputy Clerk

To: Attorneys of Record