**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In Re: Monica O'Donovan** | : | **(U.S. Bankruptcy No.: 02-11261)**<br>(Debtor)<br>(Withdrawn From U.S Bankruptcy Court<br>Adversary No. 1:05-: 01020) |
| **Monica O'Donovan**<br>**Plaintiff** | : | |
| **Vs.** | : | **CA 05-204T** |
| **Affiliated Corporate Services Inc.**<br>**Lloyd E. Ward, and**<br>**Lloyd Ward P.C.**<br>**Defendants** | : | |

**PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTIN TO ENLARGE TIME TO FILE SUPPLEMENTAL MEMORANDUM**

Now comes Monica O' Donovan, Plaintiff in the above-entitled matter, and files this Objection to Defendant's Motion To Enlarge Time. Plaintiff files a separate Memorandum In Support of her Objection.

Additionally, Plaintiff respectfully draws the Court's attention to her separately filed Emergency Motion For Stay, with accompanying Memorandum, in further support of her Objection herein.

Respectfully Submitted.
Plaintiff
Monica O'Donovan
By Her Attorneys

Keven A. McKenna, #662
Keven A. McKenna, P.C.
23 Acorn Street
Providence, R.I. 02903
401 273-8200 Tel
401 521-5820 Fax
KevenM@McKennalaw.cc

**CERTIFICATION**

I hereby certify that on October 7, 2005, I Faxed, and mailed a true and exact copy of the within to Counsel for the Defendants, George J. West, Attorney At Law, 1500 Financial Plaza, Suite 1510, Providence, Rhode Island, 02903 (Fax 401-861-2922), and by Fax and mail to the Office of the U.S. Trustee, Room 910, 10 Dorrance Street, Providence, Rhode Island 02903-2018.

# UNITED STATES DISTRICT COURT
## Eastern District of Texas
### Sherman Division

FILED: 9/30/05
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID J. MALAND, CLERK

**AFFILIATED CORPORATE SERVICES** §
§
**V.** §
§
**PATRIOT SITE BLASTING, et al** §

**NOTICE IN A CIVIL CASE**

**Docket No: 4:04 CV 204**

XX TAKE NOTICE that a proceeding in this case has been set before **Paul Brown, United States District Judge**, at the following place, date and time:

| Place | Date and Time: |
|---|---|
| United States Courthouse<br>*(Courtroom 208 - 2nd Floor)*<br>101 E. Pecan Street *(Corner of Pecan & Travis St.)*<br>Sherman, Texas 75090<br>(903) 892-2921 | **WEDNESDAY,<br>OCTOBER 12, 2005<br>@ 1:30 PM** |

## HEARING ON DAMAGES

☐ TAKE NOTICE that the proceeding in this case has been continued/rescheduled as indicated below:

| Place: See Above | Date and Time Previously9cheduled | **Rescheduled, Date and Time** |
|---|---|---|
| | | |

**DAVID J. MALAND**
**U.S. Clerk of Court**

September 30, 2005
Date

/s/
Sammie Hedges Courtroom Deputy Clerk

To: Attorneys of Record

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In Re: Monica O'Donovan** | : | **(U.S. Bankruptcy No.: 02-11261)** (Debtor) (Withdrawn From U.S Bankruptcy Court Adversary No. 1:05-: 01020) |

| | | |
|---|---|---|
| **Monica O'Donovan** **Plaintiff** | : | |
| **Vs.** | : | **CA 05-204T** |
| **Affiliated Corporate Services Inc.** **Lloyd E. Ward, and** **Lloyd Ward P.C.** **Defendants** | : | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF HER OBJECTION TO DEFENDANT'S MOTIN TO ENLARGE TIME TO FILE SUPPLEMENTAL MEMORANDUM**

Plaintiff files this Objection as a consequence of Defendant Affiliated Corporate Services Texas Counsel's recent action in the companion Texas U.S. District Court proceeding: *Affiliated Corporate Services v. Patriot Site Blasting, et al* Docket No. 4:04 CV 204. A copy of a September 30, 2005 Notice from the U.S. District Court, Eastern District of Texas, Sherman Division, in the above matter is attached hereto.

Said Notice is for a hearing on damages in this matter, to be held in Texas on Wednesday, October 12, 2005 at 1:30 pm. Ms. Donovan received a copy of

this Notice on October 6, 2005, and she also Faxed it to the undersigned on October 6th.

Plaintiff incorporates her prior filed Memoranda with respect to the issue of violation of automatic stay, 11 USC Sections 727, and 524, and also incorporates by reference her separately filed Emergency Motion For Stay and Memorandum In Support thereof.

Apparently, while Defendant's local Attorney is requesting delay, Defendant's Texas Attorneys are proceeding to assess damages, based on a May 2, 2005 Clerk's Entry of Default.

Respectfully Submitted,
Plaintiff
Monica O'Donovan
By Her Attorneys

Keven A. McKenna, #662
Keven A. McKenna, P.C.
23 Acorn Street
Providence, R.I. 02903
401 273-8200 Tel
401 521-5820 Fax
KevenM@McKennalaw.cc

**CERTIFICATION**

I hereby certify that on October 7, 2005, I Faxed, and mailed a true and exact copy of the within to Counsel for the Defendants, George J. West, Attorney At Law, 1500 Financial Plaza, Suite 1510, Providence, Rhode Island, 02903 (Fax 401-861-2922), and by Fax and mail to the Office of the U.S. Trustee, Room 910, 10 Dorrance Street, Providence, Rhode Island 02903-2018.

# UNITED STATES DISTRICT COURT
## Eastern District of Texas
### Sherman Division

FILED: 9/30/05
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID J. MALAND, CLERK

**AFFILIATED CORPORATE SERVICES** §
§
V. §
§
**PATRIOT SITE BLASTING, et al** §

**NOTICE IN A CIVIL CASE**

**Docket No: 4:04 CV 204**

XX TAKE NOTICE that a proceeding in this case has been set before **Paul Brown, United States District Judge**, at the following place, date and time:

| Place | Date and Time: |
|---|---|
| United States Courthouse<br>*(Courtroom 208 - 2nd Floor)*<br>101 E. Pecan Street *(Corner of Pecan & Travis St.)*<br>Sherman, Texas 75090<br>(903) 892-2921 | **WEDNESDAY, OCTOBER 12, 2005 @ 1:30 PM** |

**HEARING ON DAMAGES**

☐ TAKE NOTICE that the proceeding in this case has been continued/rescheduled as indicated below:

| Place: See Above | Date and Time Previously9cheduled | **Rescheduled, Date and Time** |
|---|---|---|
| | | |

**DAVID J. MALAND**
**U.S. Clerk of Court**

September 30, 2005
Date

/s/
Sammie Hedges Courtroom Deputy Clerk

To: Attorneys of Record