UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Monica O'Donovan<br>Plaintiff<br><br>vs.<br><br>Affiliated Corporate Services, Inc.<br>Lloyd Ward and<br>Lloyd Ward, P.C.<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 405-204T |

**OBJECTION TO PLAINTIFF'S**
**EMERGENCY MOTION FOR A STAY**

Defendants' Affiliated Corporate Services, Inc., Lloyd Ward, and Lloyd Ward P.C. object to plaintiff's emergency motion for a stay. Defendant rely upon the reasons and arguments contained in their memorandum of law in support of this objection.

Respectfully submitted,

George J. West, #5052
One Financial Plaza, Suite 1500
Providence, RI 02903
401-861-9042
401-861-0330 fax

CERTIFICATE

I hereby certify that on this __11__ day of October 2005, I forwarded a copy of the within Memorandum to Keven A. McKenna, Esq., Kevin A. McKenna, P.C., 23 Acorn Street, Providence, RI 02903.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Monica O'Donovan<br>Plaintiff | : | |
| vs. | : | C.A. No. 405-204T |
| Affiliated Corporate Services, Inc.<br>Lloyd Ward and<br>Lloyd Ward, P.C.<br>Defendants | : | |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S OBJECTION TO PLAINTIFF'S EMERGENCY MOTION FOR A STAY**

Defendants' Affiliated Corporate Services, Inc., Lloyd Ward, and Lloyd Ward P.C. base their objection to plaintiff's emergency motion for a stay on two basic grounds. First, on a practical level there is no damage proceeding or motion pending in the Eastern District of Texas (Sherman division) in civil docket number 4:04-cv-00204 PNB[1], against Monica O'Sullivan. The preceding in the notice attached to Plaintiff's motion refers to actions being taken against Patriots Site Blasting, formerly known as Patriot Excavating, Drilling, and Blasting Inc., Michael O'Sullivan and Patrick O'Sullivan. (See attached exhibit A, item number 22, logged, September 30, 2005 from the court's docket obtained from Pacer).

[1]a case entitled Affiliated Corporate Services Inc. vs. defendants Patriots Site Blasting, formerly known as, Patriot Excavating, Drilling and Blasting Inc., defendant, Michael O'Sullivan, defendant, Patrick O'Sullivan, defendant, Monica O'Sullivan formally known as Monica O'Donovan. (referred to herein as the "Texas Matter"

In the Texas Matter plaintiffs therein sought and requested that the clerk enter default against Patriots Site Blasting, Michael O'Sullivan and Patrick O'Sullivan and filed supporting affidavits in connection therewith. See Exhibit B attached hereto and incorporated herein by reference. The clerk subsequently entered default against the said defendants. The plaintiffs in the Texas matter filed an additional motion for entry of default final judgment against the said defendants. See exhibit C. attached hereto and incorporated herein by reference. It is in connection with the that motion for final judgment that the court in the Texas Matter ordered a hearing on damages. See notice exhibit D. and docket entry in exhibit a number 22 as noted above.

The plaintiffs in the Texas matter have not sought default against Monica O'Donovan nor have they moved for final judgment of default against her. The damages proceeding is with regard to the remaining defendants in that action. Therefore there is nothing for this court to stay.

Secondly the plaintiffs have not supported or suggested a legal mechanism whereby the United States District Court in Rhode Island could stay the

proceedings of another United States District Court in the East in district of Texas in an action where the complaining defendant, Monica O'Donovan filed pleadings and responded to that action C. Docket entry three dated 7-19-2004 stating Answer to Complaint by Monica O'Sullivan.

Respectfully submitted,

George J. West, #3052
One Financial Plaza, Suite 1500
Providence, RI 02903
401-861-9042
401-861-0330 fax

CERTIFICATE

I hereby certify that on this 11 day of October 2005, I forwarded a copy of the within Memorandum to Keven A. McKenna, Esq., Kevin A. McKenna, P.C., 23 Acorn Street, Providence, RI 02903.