A

BENCH, CASREF, STAGE1

# U.S. District Court [LIVE]
# Eastern District of TEXAS LIVE (Sherman)
# CIVIL DOCKET FOR CASE #: 4:04-cv-00204-PNB

Affiliated Corporate Services Inc v. Patriot Site Blasting et al
Assigned to: Judge Paul N Brown
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 06/17/2004
Jury Demand: None
Nature of Suit: 140 Negotiable Instrument
Jurisdiction: Diversity

**Plaintiff**

**Affiliated Corporate Services Inc**

represented by **Lloyd Eugene Ward**
Lloyd Ward & Associates
5644 LBJ Freeway
Suite 201
Dallas, TX 75204
972/361-0036
Fax: 972/361-0039
Email: lward@lloydward.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Patriot Site Blasting**
*formerly known as*
Patriot Excavating, Brilling & Blasting Inc

**Defendant**

**Michael O'Sullivan**

**Defendant**

**Patrick O'Sullivan**

**Defendant**

**Monica O'Sullivan**
*formerly known as*
Monica O'Donovan

represented by **Monica O'Sullivan**
P O Box 529
55 School Street
Albion, RI 02802
401-333-4985
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 06/17/2004 | 1 | Original COMPLAINT against Michael O'Sullivan, Monica O'Sullivan, Patrick O'Sullivan, Patriot Site Blasting (Filing fee $ 150 receipt #102618) , filed by Affiliated Corporate Services Inc. (Attachments: # 1 Civil Cover Sheet)(ttm, ) (Entered: 06/21/2004) |
| 06/17/2004 | 2 | ORDER REFERRING CASE to Magistrate Judge Don D. Bush to handle pretrial proceedings. Signed by Judge Paul N Brown on 6/17/04. cc:atty on 6/21/04(ttm, ) (Entered: 06/21/2004) |
| 06/17/2004 | | Magistrate Consent Form and Notice of Case Assignment Mailed to Affiliated Corporate Services Inc (ttm, ) (Entered: 06/21/2004) |
| 06/17/2004 | | Summons Issued as to Michael O'Sullivan, Monica O'Sullivan, Patrick O'Sullivan, Patriot Site Blasting and returned to atty for service. (ttm, ) (Entered: 06/21/2004) |
| 07/19/2004 | 3 | ANSWER to Complaint by Monica O'Sullivan.(ttm, ) (Entered: 07/20/2004) |
| 07/19/2004 | | Magistrate Consent Form and Notice of Case Assignment Mailed to Monica O'Sullivan (ttm, ) (Entered: 07/20/2004) |
| 07/26/2004 | 4 | ORDER for Scheduling Conference set for 9/21/2004 09:30 AM in US Courthouse Annex 200 N Travis (Sherman) TX before Magistrate Judge Don D. Bush.. Signed by Judge Don D. Bush on 7/23/04. cc:attys on 7/26/04(ttm, ) (Entered: 07/26/2004) |
| 08/05/2004 | 5 | ACKNOWLEDGEMENT OF RECEIPT on 7/30/04 (green card) by Monica O'Sullivan as to 4 Order, Set Deadlines/Hearings. (ttm, ) (Entered: 08/05/2004) |
| 09/21/2004 | | Minute Entry for proceedings held before Judge Don D. Bush : Scheduling Conference held on 9/21/2004. (tls, ) (Entered: 09/24/2004) |
| 09/23/2004 | 6 | Return of Service Executed as to Monica O'Sullivan on 9/3/2004, answer due: 9/23/2004. (baf, ) (Entered: 09/28/2004) |
| 09/23/2004 | 7 | Return of Service Executed as to Patriot Site Blasting on 9/3/2004, answer due: 9/23/2004. (baf, ) (Entered: 09/28/2004) |
| 09/27/2004 | 8 | SCHEDULING ORDER: Final Pretrial Conference set for 4/22/2005 09:00 AM in Ctrm 208 (Sherman) before Judge Paul N Brown. Amended Pleadings due by 10/8/2004. Discovery due by 1/19/2005. Expert Witness List due by 11/19/2004. Joinder of Parties due by 9/30/2004. Jury instructions due by 4/8/2005 Jury Selection set for 5/2/2005 09:00 AM in Ctrm 208 (Sherman) before Judge Paul N Brown. Motions due by 4/1/2005. Proposed Pretrial Order due by 4/8/2005.. Signed by Judge Don D. Bush on 9/24/04. (sjs, ) (Entered: 10/05/2004) |
| 10/13/2004 | 9 | First MOTION to Substitute Attorney *Lloyd Ward, P.C.* by Affiliated Corporate Services Inc. (Attachments: # 1)(Ward, Lloyd) (Entered: 10/13/2004) |
| 10/14/2004 | 10 | First MOTION to Substitute Attorney *Lloyd Ward, P.C.* by Affiliated |

| | | |
|---|---|---|
| | | Corporate Services Inc. (Attachments: # 1)(Ward, Lloyd) (Entered: 10/14/2004) |
| 10/14/2004 | | *****FILED IN ERROR. Document # 9, Motion to substitute counsel. PLEASE IGNORE.*****<br><br>REPLACED BY DOCUMENT #10 (ttm, ) (Entered: 10/14/2004) |
| 10/20/2004 | 11 | ORDER granting 10 Motion to Substitute Attorney Lloyd Ward. . Signed by Judge Don D. Bush on 10/18/04. cc:attys on 10/26/04 (ttm, ) (Entered: 10/26/2004) |
| 12/10/2004 | 12 | NOTICE of Hearing: Jury Selection reset for 5/9/2005 09:00 AM in Ctrm 208 (Sherman) before Judge Paul N Brown. Jury Trial reset for 5/9/2005 09:00 AM [ to be tried when reached ] in Ctrm 208 (Sherman) before Judge Paul N Brown. (snh, ) (Entered: 12/10/2004) |
| 04/15/2005 | 13 | Proposed Pretrial Order by Affiliated Corporate Services Inc. (Ward, Lloyd) (Entered: 04/15/2005) |
| 04/22/2005 | | Minute Entry for proceedings held before Judge Paul N Brown : Final Pretrial Conference held on 4/22/2005. (Court Reporter Dave Maxwell.) (snh, ) (Entered: 04/22/2005) |
| 04/22/2005 | 14 | ORDER that the order referring this case to Magistrate Judge Don D Bush for all pretrial purposes is terminated. Signed by Judge Paul N Brown on 4/22/05. cc:attys on 4/22/05(ttm, ) (Entered: 04/22/2005) |
| 04/22/2005 | | Judge Don D. Bush no longer assigned to case. (ttm, ) (Entered: 04/22/2005) |
| 04/27/2005 | 15 | MOTION for Default Judgment as to *Patirot Site Blasting f/k/a Patriot Excavating, Drilling, and Blasting Inc., Michael O'Sullivan and Patrick O'Sullivan* by Affiliated Corporate Services Inc. Responses due by 3/17/2005 (Ward, Lloyd) (Entered: 04/27/2005) |
| 04/27/2005 | 16 | Request by Affiliated Corporate Services Inc for Clerk's Entry of Default against Affiliated Corporate Services Inc. (Attachments: # 1 Affidavit In Support# 2 Clerk's Entry)(Ward, Lloyd) (Entered: 04/27/2005) |
| 04/29/2005 | 17 | SUMMONS Returned Executed by Affiliated Corporate Services Inc. Patrick O'Sullivan served on 6/21/2004, answer due 7/11/2004. (ttm, ) (Entered: 04/29/2005) |
| 04/29/2005 | 18 | SUMMONS Returned Executed by Affiliated Corporate Services Inc. Monica O'Sullivan served on 6/21/2004, answer due 7/11/2004. (ttm, ) (Entered: 04/29/2005) |
| 04/29/2005 | 19 | SUMMONS Returned Executed by Affiliated Corporate Services Inc. Patriot Site Blasting served on 6/21/2004, answer due 7/11/2004. (ttm, ) (Entered: 04/29/2005) |
| 04/29/2005 | 20 | SUMMONS Returned Executed by Affiliated Corporate Services Inc. Michael O'Sullivan for Patriot Excavating, Drilling and Blasting served |

Case 1:05-cv-00204-T-LDA Document 13-2 Filed 10/11/2005 Page 4 of 4

| | | |
|---|---|---|
| | | on 4/29/2004, answer due 5/19/2004. (ttm, ) Additional attachment(s) added on 4/29/2005 (ttm, ). (Entered: 04/29/2005) |
| 05/02/2005 | 21 | Clerk's ENTRY OF DEFAULT as to Patriot Site Blasting, Michael O'Sullivan and Patrick O'Sullivan (ttm, ) (Entered: 05/02/2005) |
| 09/30/2005 | 22 | NOTICE of Hearing on Motion 15for Damages MOTION for Default Judgment as to *Patirot Site Blasting f/k/a Patriot Excavating, Drilling, and Blasting Inc., Michael O'Sullivan and Patrick O'Sullivan*: Motion Hearing set for 10/12/2005 01:30 PM in Ctrm 208 (Sherman) before Judge Paul N Brown. (snh, )cc: Monica O'Sullivan, Pro Se by cert mail (Entered: 09/30/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/11/2005 12:47:46 | | | |
| **PACER Login:** | gw0055 | **Client Code:** | Affiliated |
| **Description:** | Docket Report | **Search Criteria:** | 4:04-cv-00204-PNB |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |