B

***IN THE UNITED STATES DISTRICT COURT***
***EASTERN DISTRICT OF TEXAS***
***SHERMAN DIVISION***

| | | |
|---|---|---|
| ***AFFILIATED CORPORATE SERVICES INC.*** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| ***v.*** | § | |
| | § | |
| ***PATRIOT SITE BLASTING F/K/A PATRIOT EXCAVATING, DRILLING, & BLASTING INC., MICHAEL O'SULLIVAN, PATRICK O'SULLIVAN AND MONICA O'SULLIVAN F/K/A MONICA O'DONOVAN JOINTLY AND SEVERALLY*** | § § § § § § | ***CAUSE NO. 4:04CV204*** |
| | § | |
| ***Defendant.*** | § | |
| | § | |

***PLANTIFF'S REQUEST TO ENTER THE DEFAULT ON PATRIOT SITE BLASTING F/K/A PATRIOT EXCAVATING, DRILLING, & BLASTING INC., MICHAEL O'SULLIVAN AND PATRICK O'SULLIVAN***

TO THE CLERK OF THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF TEXAS:

Affiliated Corporate Services, Inc., Plaintiff herein, requests that the Clerk of this Court enter the default of Patriot Site Blasting f/k/a Patriot Excavating, Drilling, & Blasting., Michael O'Sullivan and Patrick O'Sullivan , Defendants, for failure to plead or otherwise defend in a timely manner, as provided by Fed. R. Civ. P. 55(a).

This request is based on the attached affidavit of Lloyd Ward which shows:

1. Patriot Site Blasting f/k/a Patriot Excavating, Drilling, & Blasting., Michael O'Sullivan andPatrick O'Sullivan were served with Plaintiff's Original Complaint and a summons on June 21, 2004.

2. Patriot Site Blasting f/k/a Patriot Excavating, Drilling, & Blasting., Michael O'Sullivan and Patrick O'Sullivan have failed to plead or otherwise respond to Plaintiff's Original Complaint.

3. The applicable time limit has expired.

4. Patriot Site Blasting f/k/a Patriot Excavating, Drilling, & Blasting., Michael O'Sullivan and Patrick O'Sullivan are not incompetent persons.

Dated: April 27, 2005.

Respectfully submitted,

By: ______________________
Lloyd E. Ward
Bar Card #20845100
Lloyd Ward P.C.
5644 LBJ Freeway, Suite 201
Dallas, Texas 75204
Telephone (972) 361-0036
Facsimile (972) 361-0039
Attorney for Plaintiff

***IN THE UNITED STATES DISTRICT COURT***
***EASTERN DISTRICT OF TEXAS***
***SHERMAN DIVISION***

| | | |
|---|---|---|
| ***AFFILIATED CORPORATE SERVICES INC.*** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| ***v.*** | § | |
| | § | |
| ***PATRIOT SITE BLASTING F/K/A PATRIOT EXCAVATING, DRILLING & BLASTING INC., MICHAEL O'SULLIVAN, PATRICK O'SULLIVAN, AND MONICA O'SULLIVAN F/K/A MONICA O'DONOVAN JOINTLY AND SEVERALLY*** | § | ***CAUSE NO. 4:04CV204*** |
| ***Defendant.*** | § | |

**AFFIDAVIT IN SUPPORT OF PLAINTIFF'S REQUEST TO ENTER THE DEFAULT OF PATRIOT SITE BLASTING F/K/A PATRIOT EXCAVATING, DRILLING & BLASTING INC., PATRICK O'SULLIVAN AND MICHAEL O'SULLIVAN**

State of Texas §
§
County of Dallas §

Before me the undersigned notary this day appeared personally appeared the below signed who after being duly sworn upon his oath stated:

1. My Name is Lloyd E. Ward.

2. I am over eighteen years of age. I reside at 6040 Preston Creek Drive, Dallas, Texas. I am fully competent to make this affidavit and I have personal knowledge of the facts stated herein, and they are true and correct.

3. I am the attorney for the Plaintiff.

4. On or about June 21, 2004, Defendant Patriot Site Blasting f/k/a Patriot Excavating, Drilling & Blasting Inc., Michael O'Sullivan and Patrick O'Sullivan, was served with citation.

Case 4:04-cv-00204-PNB Document 16-2 Filed 04/27/2005 Page 2 of 2

5. Patriot Site Blasting f/k/a Patriot Excavating, Drilling & Blasting Inc., Michael O'Sullivan and Patrick O'Sullivan, have failed to serve and file an answer or otherwise respond to the Plaintiff's Original Complaint.

6. Under Fed. R. Civ.P.12(a), the time limit for responding to the Plaintiff's Original Complaint has now expired, and the time for Patriot Site Blasting f/k/a Patriot Excavating, Drilling & Blasting Inc., Michael O'Sullivan and Patrick O'Sullivan has not been extended by any stipulation of the parties or any order of the Court.

7. Michael O'Sullivan and Patrick O'Sullivan, are not infants or incompetent persons. I know that Michael O'Sullivan and Patrick O'Sullivan are adults and possess their mental facilities. To my knowledge neither Michael O'Sullivan and Patrick O'Sullivan are not in the military services of The United States.

8. Patriot Site Blasting f/k/a Patriot Excavating, Drilling & Blasting Inc. could not be an infant or incompetent person within the meaning of Fed. R. Civ. P. 55(a) because it is a corporation organized and existing under the laws of the State of Rhode Island, with its principal place of business in Albion, Rhode Island.

[signature]
Lloyd E. Ward

SUBSCRIBED AND SWORN TO BEFORE ME on April 27, 2005, at Dallas, Texas.

[signature]
Notary Public

JESSICA WINKLER
Notary Public, State of Texas
My Commission Expires
October 31, 2007

Notary Public in and for the
State of Texas
My commission expires:
10/31/07

***IN THE UNITED STATES DISTRICT COURT***
***EASTERN DISTRICT OF TEXAS***
***SHERMAN DIVISION***

| | | |
|---|---|---|
| ***AFFILIATED CORPORATE SERVICES INC.*** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| ***v.*** | § | |
| | § | |
| ***PATRIOT SITE BLASTING F/K/A PATRIOT EXCAVATING, DRILLING, & BLASTING INC., MICHAEL O'SULLIVAN, PATRICK O'SULLIVAN, AND MONICA O'SULLIVAN F/K/A MONICA O'DONOVAN JOINTLY AND SEVERALLY*** | § | ***CAUSE NO. 4:04CV204*** |
| ***Defendant.*** | § | |

**CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT PATRIOT SITE BLASTING F/K/A PATRIOT EXCAVATING, DRILLING, & BLASTING INC., MICHAEL O'SULLIVAN AND PATRICK O'SULLIVAN.**

Plaintiff has requested that default be entered against Defendants Patriot Site Blasting f/k/a Patriot Excavating, Drilling, & Blasting Inc, Michael O'Sullivan and Patrick O'Sullivan, and said Defendants have failed to appear, answer, plead in or otherwise defend this action.

IT IS SO ORDERED that default is entered against the Defendants Patriot Site Blasting f/k/a Patriot Excavating, Drilling, & Blasting Inc, Michael O'Sullivan and Patrick O'Sullivan.

SIGNED this _______ day of ____________, 2005.

CLERK OF THE UNITED STATES DISTRICT COURT OF THE EASTERN DISTRICT OF TEXAS, SHERMAN DIVISION
By:________________________________
Deputy Clerk

*IN THE UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF TEXAS*
*SHERMAN DIVISION*

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MAY - 2 2005
DAVID J. MALAND, CLERK
BY
DEPUTY ____________

| | | |
|---|---|---|
| *AFFILIATED CORPORATE SERVICES INC.* | § | |
| | § | |
| *Plaintiff,* | § | |
| *v.* | § | |
| | § | |
| *PATRIOT SITE BLASTING F/K/A PATRIOT* | § | |
| *EXCAVATING, DRILLING, & BLASTING* | § | *CAUSE NO. 4:04CV204* |
| *INC., MICHAEL O'SULLIVAN, PATRICK* | § | |
| *O'SULLIVAN, AND MONICA O'SULLIVAN* | § | |
| *F/K/A MONICA O'DONOVAN JOINTLY AND* | § | |
| *SEVERALLY* | § | |
| *Defendant.* | § | |

**CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT PATRIOT SITE BLASTING F/K/A PATRIOT EXCAVATING, DRILLING, & BLASTING INC., MICHAEL O'SULLIVAN AND PATRICK O'SULLIVAN.**

Plaintiff has requested that default be entered against Defendants Patriot Site Blasting f/k/a Patriot Excavating, Drilling, & Blasting Inc, Michael O'Sullivan and Patrick O'Sullivan, and said Defendants have failed to appear, answer, plead in or otherwise defend this action.

IT IS SO ORDERED that default is entered against the Defendants Patriot Site Blasting f/k/a Patriot Excavating, Drilling, & Blasting Inc, Michael O'Sullivan and Patrick O'Sullivan.

SIGNED this 2nd day of May, 2005.

DAVID J. MALAND
CLERK OF THE UNITED STATES DISTRICT COURT OF THE EASTERN DISTRICT OF TEXAS, SHERMAN DIVISION
By: Joya McEwen
Deputy Clerk