Case 4:04-cv-00204-PNB Document 15 Filed 04/27/2005 Page 1 of 3

C

***IN THE UNITED STATES DISTRICT COURT***
***EASTERN DISTRICT OF TEXAS***
***SHERMAN DIVISION***

| | | |
|---|---|---|
| ***AFFILIATED CORPORATE SERVICES INC.*** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| ***v.*** | § | |
| | § | |
| ***PATRIOT SITE BLASTING F/K/A PATRIOT*** | § | |
| ***EXCAVATING, DRILLING AND BLASTING*** | § | ***CAUSE NO. 4:04CV204*** |
| ***INC., MICHAEL O'SULLIVAN, PATRICK*** | § | |
| ***O'SULLIVAN AND MONICA O'SULLIVAN*** | § | |
| ***F/K/A MONICA O'DONOVAN JOINTLY AND*** | § | |
| ***SEVERALLY*** | § | |
| | § | |
| ***Defendant.*** | § | |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT FINAL JUDGMENT AGAINST DEFENDANT PATRIOT SITE BLASTING F/K/A PATRIOT EXCAVATING, DRILLING AND BLASTING INC., MICHAEL O'SULLIVAN ANDPATRICK O'SULLIVAN**

TO THE HONORABLE JUDGE RICHARD SCHELL,
UNITED STATES DISTRICT JUDGE, EASTERN DISTRICT OF TEXAS:

AFFILIATED CORPORATE SERVICES, INC., the Plaintiff in the above captioned adversary proceeding, (hereinafter referred to as the "Plaintiff") requests that the Court enter a final default judgment against the Defendants, PATRIOT SITE BLASTING F/K/A PATRIOT EXCAVATING, DRILLING AND BLASTING INC., MICHAEL O'SULLIVAN ANDPATRICK O'SULLIVAN JOINTLY AND SEVERALLY, ("the Defaulted Defendants"), in accordance with Fed. R. Civ. P. 55(b)(2). Plaintiff also requests that the Court schedule a hearing in this matter to determine the damages sustained by Plaintiff, and in support thereof, states:

1. The Defaulted Defendants were duly served with a Summons and a copy of the Plaintiff's Original Complaint on June 21, 2004.

2. Pursuant to Fed R. Civ. P. 55(a), the deadline for filing an Answer or other responsive pleading by the Defaulted Defendants was THIRTY (30) days after the date on which the Summons was issued by the Clerk of the Court. The Summons was issued on June 17, 2004, and was served on June 21, 2004. The Answer was due on July 17, 2004.

3. The Defaulted Defendants have not filed an Answer or otherwise plead.

4. Plaintiff filed a Request for Clerk's Entry of Default against the Defaulted Defendants in accordance with Fed.R.Civ.P 55(a).

5. Plaintiff is entitled to a default judgment against the Defaulted Defendants by virtue of its failure to plead or otherwise respond.

6. The amount of the final default judgment against the Defaulting Defendants has not been determined as all or a portion of the damages are unliquidated. Plaintiff requests a hearing for the Court to establish those damages.

7. Pursuant to Fed.R.Civ.P 54(b) Plaintiff requests that the Court expressly determine that there is no just reason to delay entry of a final default judgment against the Defaulted Defendant in this matter.

8. The Debtor therefore requests that the Court enter a final default judgment against the Defaulted Defendants and also requests that a hearing be scheduled for the Court to consider the amount of damages.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff AFFILIATED CORPORATE SERVICES,

INC., respectfully prays for a default final default judgment against PATRIOT SITE BLASTING F/K/A PATRIOT EXCAVATING, DRILLING AND BLASTING INC., MICHAEL O'SULLIVAN AND PATRICK O'SULLIVAN, in the amount that the Court deems appropriate after an actual trial on the issues presented, and for such other further relief to which the Plaintiff may be justly entitled.

Respectfully submitted,

By: [signature]

Lloyd E. Ward
Bar Card #20845100
Lloyd Ward P.C.
5644 LBJ Freeway, Suite 201
Dallas, Texas 75204
Telephone (972) 361-0036
Facsimile (972) 361-0039
Attorney for Plaintiff