D



# UNITED STATES DISTRICT COURT
## Eastern District of Texas
### Sherman Division

FILED: 9/30/05
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID J. MALAND, CLERK

| | | |
|---|---|---|
| **AFFILIATED CORPORATE SERVICES** | § | **NOTICE IN A CIVIL CASE** |
| | § | |
| V. | § | **Docket No: 4:04 CV 204** |
| | § | |
| **PATRIOT SITE BLASTING, et al** | § | |

**<u>XX</u>** TAKE NOTICE that a proceeding in this case has been set before **Paul Brown, United States District Judge**, at the following place, date and time:

| Place | Date and Time: |
|---|---|
| United States Courthouse<br>*(Courtroom 208 - 2nd Floor)*<br>101 E. Pecan Street *(Corner of Pecan & Travis St.)*<br>Sherman, Texas 75090<br>(903) 892-2921 | **WEDNESDAY,<br>OCTOBER 12, 2005<br>@ 1:30 PM** |

## HEARING ON DAMAGES

☐ TAKE NOTICE that the proceeding in this case has been continued/rescheduled as indicated below:

| Place: See Above | Date and Time Previously9cheduled | **Rescheduled,** Date and Time |
|---|---|---|
| | | |

**DAVID J. MALAND**
**U.S. Clerk of Court**

September 30, 2005
Date

/s/
Sammie Hedges Courtroom Deputy Clerk

To: Attorneys of Record