UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
OCT 04 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Monica O'Donovan :
Plaintiff :

vs. : C.A. No. 405-204T

Affiliated Corporate Services, Inc. :
Lloyd Ward and :
Lloyd Ward, P.C. :
Defendants :

**MOTION TO ENLARGE TIME**
**TO FILE SUPPLEMENTAL MEMORANDUM**

Now comes the defendant and moves that the court will enlarge the time within which defendant may file his supplemental memorandum in this month through October 18, 2005 as defendant requires additional time to receive information from his clients in Texas.

GRANTED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
11/4/05

Respectfully submitted,

George J. West, #3052
One Financial Plaza, Suite 1500
Providence, RI 02903
401-861-9042
401-861-0330 fax

CERTIFICATE

I hereby certify that on this 4 day of October 2005, I forwarded a copy of the within Motion to Keven A. McKenna, Esq., Keven A. McKenna, P.C., 23 Acorn Street, Providence, RI 02903.

George J. West