UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

MONICA O'DONOVAN,

Plaintiff,

v. C.A. No. 05-204T

AFFILIATED CORPORATE SERVICES, INC., LLOYD E. WARD, and LLOYD WARD, P.C.,

Defendants.

ORDER DENYING PLAINTIFF'S EMERGENCY MOTION FOR STAY

As the Court indicated at its October 11, 2005 conference with counsel, the Plaintiff's Emergency Motion for Stay is denied. The hearing on damages conducted on October 12, 2005 by the United States District Court for the Eastern District of Texas did not involve any assessment of damages against the Plaintiff.

IT IS SO ORDERED,

Ernest C. Torres

Ernest C. Torres, Chief Judge
Date: November 7, 2005