UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Monica O'Donovan | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | CA NO: 05-204T |
| | : | |
| Affiliated Corporate Services, Inc. | : | |
| Lloyd Ward and | : | |
| Lloyd Ward, P.C. | : | |
| Defendants | : | |

**STIPULATION**

All claims dismissed with prejudice, no interest, no costs.

| | |
|---|---|
| PLAINTIFF | DEFENDANTS |
| By her attorney, | By their Attorney |
| Keven A. McKenna, Esq. | George J. West, Esq. |
| /s/ Keven A. McKenna, Esq. | /s/George J. West, Esq. |


| | |
|---|---|
| KEVEN A. McKENNA | GEORGE J. WEST |
| RI Bar Reg No 662 | RI Bar Reg No 3052 |
| 23 Acorn Street | 1 Turks Head Plaza, Suite 312 |
| Providence, RI 02903 | Providence, RI 02903-2215 |
| (401) 273-8200 | (401) 861-9042 |
| fax (401) 521-5820 | fax (401) 861-0330 |
| email: KevenM@McKennaLaw.cc | email: GEORGEW180@aol.com |


April 26, 2007